IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN SHAMOEILYAN, | No. 2:17-cv-0046-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On April 18, 2018, plaintiff was ordered to show cause why this action should not be dismissed for failure to file a dispositive motion within the appropriate time. Plaintiff has responded to the order to show cause and filed a motion for summary judgment. Good cause appearing therefor, the order to show cause is discharged. This action shall proceed according to the scheduling order issued April 5, 2017.

/ / /

/ / /

/ / /

1       IT IS SO ORDERED.

3 DATED: May 22, 2018

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE