McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MARLIN SHAMOEILYAN,<br><br>    Plaintiff,<br><br>vs.<br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00046-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 18, 2018, to July 18, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because S. Wyeth McAdam, the (of counsel) attorney responsible for responding to Plaintiff's motion, is unable to complete her opposition on time. Ms. McAdam took a recent unexpected leave from work to assist her mother-in-law who had metastatic cancer, entered hospice care, and then died. In addition, Ms. McAdam's grandmother recently died and her grandfather needed her assistance. During her leave until June 11, 2018, the SSA, Office of the General Counsel did not

Stip. & Prop. Order for Ext.; 2:17-cv-00046-CMK

1

reassign this case to a colleague. Ms. McAdam apologies for any inconvenience to the parties and this Court.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

Dated: June 13, 2018        *Bess M. Brewer*
                                      (*as authorized via email on June 12, 2018)
                                      BESS BREWER
                                      Attorney for Plaintiff

Dated: June 13, 2018        McGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                         By:    *Elizabeth Firer*
                                      ELIZABETH FIRER
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel
Social Security Administration

                                        ORDER

APPROVED AND SO ORDERED:

Dated: June 15, 2018                                  
                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext.; 2:17-cv-00046-CMK