# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN SHAMOEILYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:17-CV-0046-DMC<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on September 27, 2018, remanding this matter for further proceedings. Pending before the court is plaintiff's unopposed motion for attorney's fees under the Equal Access to Justice Act (EAJA) (Doc. 29).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Good cause appearing therefor, plaintiff's unopposed motion is granted. See Hensley v. Eckerhart, 461 U.S. 424, 433, 436-47 (1983). Plaintiff is awarded EAJA attorney's fees in the amount of $6,439.75, payable to plaintiff. See Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

IT IS SO ORDERED.

Dated: February 27, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE